**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RABIOLA, REGINICE M.      § Case No. 14-20047
                                 §
                                 §
Debtor(s)                        §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 29, 2014. The undersigned trustee was appointed on May 29, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       10,625.17

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 114.47 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 10,510.70 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/07/2014 and the deadline for filing governmental claims was 11/25/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,812.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,812.52, for a total compensation of $1,812.52.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/29/2015     By: /s/THOMAS E. SPRINGER, TRUSTEE
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-20047  **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Case Name:** RABIOLA, REGINICE M.  **Filed (f) or Converted (c):** 05/29/14 (f)
 **§341(a) Meeting Date:** 06/30/14
**Period Ending:** 09/29/15  **Claims Bar Date:** 10/07/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence (1/2) 43 W 319 Burlingto Road Elgin, IL 60123 | 475,000.00 | 5,000.00 | | 0.00 | FA |
| 2 | BMO Harris (personal checking) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | BMO Harris (checking for d/b/a) garnished on 5/14/14 | 3,825.00 | 10,625.17 | | 10,625.17 | FA |
| 4 | Contents of 4 bedroom house (1/2)<br>Contents of 4 bedroom house (1/2) | 175.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing for 1 adult<br>Clothing for 1 adult | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Copper Rein (d/b/a)<br>Copper Rein (d/b/a) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | **Assets**  **Totals** (Excluding unknown values) | **$479,250.00** | **$15,625.17** | | **$10,625.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Trustee had offer to purchase Trustee's right. title and interest in Debtor's residence/stables for $5,000. Debtor (and/or non-filing co-debtor spouse) matched offer. Trustee filed Motion to Auction said interest. Hearing on Motion to Approve auction objected to by Debtor and hearing has been continued to February 6, 2015.

**Initial Projected Date Of Final Report (TFR):** October 15, 2015    **Current Projected Date Of Final Report (TFR):** October 15, 2015

Printed: 09/29/2015 10:52 AM    V.13.25

Exhibit B

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 14-20047  
**Case Name:** RABIOLA, REGINICE M.  

**Taxpayer ID #:** **-***7890  
**Period Ending:** 09/29/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********70 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/14 | {3} | BMO HARRIS BANK | Turnover of garnished funds | 1129-000 | 10,625.17 | | 10,625.17 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.74 | 10,612.43 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.27 | 10,597.16 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.75 | 10,581.41 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.22 | 10,566.19 |
| 12/23/14 | 3001 | ASSOCIATED BANK | Transfer to new Assoc. Acct. | 9999-000 | | 10,566.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,625.17 | 10,625.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,625.17 | 10,625.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,625.17** | **$10,625.17** | |

{} Asset reference(s)

Printed: 09/29/2015 10:52 AM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-20047  
**Case Name:** RABIOLA, REGINICE M.  

**Taxpayer ID #:** **-***7890  
**Period Ending:** 09/29/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********67 - CHECKING ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 10,566.19 | | 10,566.19 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,556.19 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.69 | 10,540.50 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.15 | 10,526.35 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 15.65 | 10,510.70 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 10,510.70 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,566.19 | 10,566.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,510.70 | |
| | | | **Subtotal** | | 10,566.19 | 55.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,566.19** | **$55.49** | |

{} Asset reference(s)

Printed: 09/29/2015 10:52 AM    V.13.25

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-20047  
**Case Name:** RABIOLA, REGINICE M.  
**Taxpayer ID #:** **-***7890  
**Period Ending:** 09/29/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****948866 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 10,510.70 | | 10,510.70 |
| | | | ACCOUNT TOTALS | | 10,510.70 | 0.00 | $10,510.70 |
| | | | Less: Bank Transfers | | 10,510.70 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********70 | 10,625.17 | 10,625.17 | 0.00 |
| Checking # ********67 | 10,566.19 | 55.49 | 0.00 |
| Checking # ****948866 | 0.00 | 0.00 | 10,510.70 |
| | $21,191.36 | $10,680.66 | $10,510.70 |

{} Asset reference(s)

Printed: 09/29/2015 10:52 AM  V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 7, 2014

**Case Number:** 14-20047
**Debtor Name:** RABIOLA, REGINICE M.

Page: 1

**Date:** September 29, 2015
**Time:** 10:52:15 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,812.52 | $0.00 | 1,812.52 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,041.50 | $0.00 | 2,041.50 |
| 3P<br>570 | Internal Revenue Service<br>Department of the Treasury<br>2306 E. Bannister Road<br>Kansas City, MO 64131 | Priority | | $28,178.75 | $0.00 | 28,178.75 |
| 4P<br>570 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $6,714.41 | $0.00 | 6,714.41 |
| 2<br>100 | James Ramenofsky<br>c/o Michael A. O'Brien,O'Brien Law Offices, P.C.,124A South County Farm Roa<br>Wheaton, IL 60187 | Secured | | $30,491.01 | $0.00 | 30,491.01 |
| 7<br>100 | Damisch & Damisch, Ltd.<br>161 N. Clark Street, Suite 4950<br>Chicago, IL 60601 | Secured | | $58,069.06 | $0.00 | 58,069.06 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,352.40 | $0.00 | 3,352.40 |
| 3U<br>610 | Internal Revenue Service<br>Department of the Treasury<br>2306 E. Bannister Road<br>Kansas City, MO 64131 | Unsecured | | $43,351.04 | $0.00 | 43,351.04 |
| 4U<br>610 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $3,244.14 | $0.00 | 3,244.14 |
| 5<br>610 | Sprint<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Unsecured | | $2,029.41 | $0.00 | 2,029.41 |
| 6<br>610 | DuPage Credit Union<br>PO Box 3930<br>Naperville, IL 60567 | Unsecured | | $11,525.17 | $0.00 | 11,525.17 |
| 8<br>610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $622.59 | $0.00 | 622.59 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 7, 2014

**Case Number:** 14-20047　　　　　　　　　　　　Page: 2　　　　　　　　　　　　**Date:** September 29, 2015
**Debtor Name:** RABIOLA, REGINICE M.　　　　　　　　　　　　　　　　　　　　　**Time:** 10:52:16 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| **<< Totals >>** | | | | 191,432.00 | 0.00 | 191,432.00 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-20047
Case Name: RABIOLA, REGINICE M.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 10,510.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | James Ramenofsky | 30,491.01 | 30,491.01 | 0.00 | 0.00 |
| 7 | Damisch & Damisch, Ltd. | 58,069.06 | 58,069.06 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,510.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,812.52 | 0.00 | 1,812.52 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,041.50 | 0.00 | 2,041.50 |

Total to be paid for chapter 7 administration expenses: $ 3,854.02
Remaining balance: $ 6,656.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,656.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $34,893.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 28,178.75 | 0.00 | 5,375.75 |
| 4P | Illinois Department of Revenue Bankruptcy Section | 6,714.41 | 0.00 | 1,280.93 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 6,656.68 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,124.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,352.40 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 43,351.04 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue Bankruptcy Section | 3,244.14 | 0.00 | 0.00 |
| 5 | Sprint | 2,029.41 | 0.00 | 0.00 |
| 6 | DuPage Credit Union | 11,525.17 | 0.00 | 0.00 |
| 8 | Synchrony Bank | 622.59 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**