**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter:  7 |
| | ) | |
| REGINICE M. RABIOLA, | ) | Case No.:  14-20047 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF GENERAL COUNSEL TO THE TRUSTEE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s):   **Thomas E. Springer, Esq. and the firm of Springer Brown, LLC**

Authorized to Provide Professional Services to:   **Thomas E. Springer, Trustee of the Estate of Reginice M. Rabiola, Chapter 7 Bankruptcy No. 14-20047**

Date of Order Authorizing Employment:   **February 6, 2015**

Period for which Compensation is Sought:  **January 26, 2015 through September 29, 2015**

Amount of Fees Sought:   **$ 2,041.50**

Amount of Expense Reimbursement Sought:   **$     0.00**

This is an:   Interim Application ____   Final Application **  X  **

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$____**-0-**_____.

**In re:  Reginice M. Rabiola**
**Chapter 7 no.  14-20047**
**Cover Sheet for Application for Professional Compensation by Trustee's General Counsel**
**(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney | $420.00 | 3.7 | $ 1,554.00 |
| Michele M. Springer, Attorney | $375.00 | 1.3 | $ 487.50 |
| **TOTALS** | | **5.0** | **$2,041.50** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE:  September 29, 2015        APPLICANT:
Thomas E. Springer
Counsel to Trustee Thomas E. Springer

By:    /s/ Thomas E. Springer
Thomas E. Springer
One of His Attorneys


Thomas E. Springer
SPRINGER BROWN, LLC
Wheaton Executive Center
400 S. County Farm Road, Ste. 330
Wheaton, IL 60187
(630) 510-0000

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter:     7 |
| | ) | |
| REGINICE M. RABIOLA, | ) | Case No.:    14-20047 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR COUNSEL TO THE TRUSTEE**

**NOW COMES** Thomas E. Springer, Esq. and the firm of SPRINGER BROWN, LLC, (hereinafter "Applicant") as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (hereinafter "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

## I. INTRODUCTION

This Application encompasses the time period from January 28, 2015 through September 29, 2015. The Application represents 5.0 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation. This Application seeks approval of legal fees in the amount of $2,041.50 and $0.00 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on May 29, 2014 and Joseph Voiland was appointed as the Chapter 7 Trustee. On November 10, 2014, Trustee Voiland resigned and

Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On February 6, 2015, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.   CASE STATUS and NARRATIVE OF LEGAL SERVICES

In the course of former Trustee Voiland's investigations, he was approached by two parties to purchase the Trustee's interest in the Debtor's horse farm, subject to all liens and encumbrances. On October 4, 2014, Trustee Voiland filed a Motion to Auction the Trustee's right title and interest in the horse farm. Debtor filed an objection to the sale and the hearing was continued many times. Applicant reviewed the competing appraisals of the property and withdrew the Motion to Sell/Auction on February 6, 2015. Applicant then contacted an appraiser, Steve Almburg, to conduct an appraisal. Trustee's auctioneer advised the Trustee that sale at auction of this type of property is for a specialized market and would be difficult to sell via auction.

The Trustee reviewed the claims filed and supporting documents and no objections thereto were necessary.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate. Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as *Exhibit "A"*.

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $2,041.50 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: September 29, 2015

Respectfully Submitted,
APPLICANT
Thomas E. Springer, Trustee

BY: Springer Brown, LLC

By:   /s/ Thomas E. Springer
        Thomas E. Springer
        One of His Attorneys

Thomas E. Springer
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000