# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: RABIOLA, REGINICE M. § | Case No. 14-20047 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
7th Floor
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/20/2015 in Courtroom 240, United States Courthouse, Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed   / /  By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RABIOLA, REGINICE M.   § Case No. 14-20047
§
§
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,625.17 |
| *and approved disbursements of* | $ 114.47 |
| *leaving a balance on hand of* [1] | $ 10,510.70 |
| **Balance on hand:** | $ 10,510.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | James Ramenofsky | 30,491.01 | 30,491.01 | 0.00 | 0.00 |
| 7 | Damisch & Damisch, Ltd. | 58,069.06 | 58,069.06 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,510.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,812.52 | 0.00 | 1,812.52 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,041.50 | 0.00 | 2,041.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,854.02 |
| Remaining balance: | $ 6,656.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,656.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $34,893.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 28,178.75 | 0.00 | 5,375.75 |
| 4P | Illinois Department of Revenue Bankruptcy Section | 6,714.41 | 0.00 | 1,280.93 |

Total to be paid for priority claims: $ 6,656.68
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,124.75 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,352.40 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 43,351.04 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue Bankruptcy Section | 3,244.14 | 0.00 | 0.00 |
| 5 | Sprint | 2,029.41 | 0.00 | 0.00 |
| 6 | DuPage Credit Union | 11,525.17 | 0.00 | 0.00 |
| 8 | Synchrony Bank | 622.59 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Reginice M. Rabiola
      Debtor

Case No. 14-20047-DRC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1       User: pseamann      Page 1 of 2      Date Rcvd: Oct 30, 2015
                  Form ID: pdf006      Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2015.
```
db             #+Reginice M. Rabiola,    43 W 319 Burlington Road,    Elgin, IL 60124-8701
21989156       +BMO Harris Bank,    1200 East Warrenville Rd,    Naperville, IL 60563-3529
21989157        Chase - JP Morgan Chase Bank,    POB 24696,    Columbus, OH 43224-0696
21989158        Chase Slate Visa,    POB 15153,    Wilmington, DE 19886-5153
21989159       +Damisch & Damisch,    161 N. Clark St., Ste. 4950,    Chicago, IL 60601-3354
21989163       +DuPage Credit Union,    P.O. Box 3950,    Naperville, IL 60567
23156230       +JPMorgan Chase Bank, National Association,    c/o Heavner, Beyers & Mihlar, LLC,    PO Box 740,
                 Decatur, IL 62525-0740
21989167       +James & Lauren Ramenofsky,    10623 Vale Road,    Oakton, VA 22124-1519
22145881       +James Ramenofsky,    c/o Michael A. O'Brien,    O'Brien Law Offices, P.C.,
                 124A South County Farm Road,    Wheaton, IL 60187-4596
21989168       +John W. Damisch,    Damisch & Damisch,    161 N. Clark St., Suite 4950,    Chicago, IL 60601-3354
21989170       +Jon De Raedt,    10 N 785 Tower Road,    Hampshire, IL 60140-7802
21989171       +Jon DeRaedt,    10 N 785 Tower Road,    Hampshire, IL 60140-7802
21989172       +Mooney & Thomas,    P.O. Box 312,    Aurora, IL 60507-0312
21989173       +Richard H. Balog,    111 East Side Drive,    Geneva, IL 60134-2402
21989174        Sprint,    POB 660075,    Dallas, TX 75266-0075
21989176       +Walter & Bonnie Fuchs,    c/o Damisch & Damisch,    161 N. Clark Street, Ste. 4950,
                 Chicago, IL 60601-3238
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21989155        E-mail/PDF: recoverybankruptcy@afninet.com Oct 31 2015 01:02:03      AFNI,    P.O. Box 3517,
                 Bloomington, IL 61702-3517
22145351        E-mail/PDF: mrdiscen@discover.com Oct 31 2015 02:29:41      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
21989162        E-mail/PDF: mrdiscen@discover.com Oct 31 2015 02:29:41      Discover Card,    POB 6103,
                 Carol Stream, IL 60197-6103
21989164       +E-mail/Text: dcubk@dupagecu.com Oct 31 2015 00:50:45      DuPage Credit Union,
                 Attention: Mortgages,    POB 3930,    Naperville, IL 60567-3930
22253927       +E-mail/Text: dcubk@dupagecu.com Oct 31 2015 00:50:45      DuPage Credit Union,    PO Box 3930,
                 Naperville, IL 60567-3930
21989165        E-mail/Text: rev.bankruptcy@illinois.gov Oct 31 2015 00:50:39
                 Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,    100 W. Randolph St.,
                 Chicago, IL 60106
21989166        E-mail/Text: cio.bncmail@irs.gov Oct 31 2015 00:50:00      Internal Revenue Service,
                 Department of the Treasury,    2306 E. Bannister Road,    Kansas City, MO 64131
22189447        E-mail/Text: rev.bankruptcy@illinois.gov Oct 31 2015 00:50:39
                 Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
22210322        E-mail/Text: appebnmailbox@sprint.com Oct 31 2015 00:50:29      Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
22290662        E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2015 01:01:33      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
22185733        E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2015 01:02:05      Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22259295*      +Damisch & Damisch, Ltd.,    161 N. Clark Street, Suite 4950,    Chicago, IL 60601-3354
21989161*      +Dennis M. Rabiola,    43 W 319 Burlington Road,    Elgin, IL 60124-8701
21989175*     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court: State of Illinois,     Illinois Department of Revenue,    POB 19035,
                 Springfield, IL 62794-9035)
21989169*      +John W. Damisch,    Damisch & Damisch,    161 N. Clark Street, Ste. 4950,
                 Chicago, IL 60601-3354
21989160      ##+Dennis M. Rabiola,    43 W. 319 Burlington Road,    Elgin, IL 60124-8701
                                                                                        TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pseamann              Page 2 of 2                  Date Rcvd: Oct 30, 2015
                              Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2015                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2015 at the address(es) listed below:
          Carl F. Safanda, Esq    on behalf of Defendant Reginice M. Rabiola
           csafanda@xnet.com;rsafanda@xnet.com
          Carl F. Safanda, Esq    on behalf of Debtor Reginice M. Rabiola csafanda@xnet.com;rsafanda@xnet.com
          Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
          John  W. Damisch    on behalf of Creditor Jon  DeRaedt jdamisch@aol.com,  lawclerk@damischlaw.com
          John  W. Damisch    on behalf of Plaintiff    Damisch & Damisch, LTD jdamisch@aol.com,
           lawclerk@damischlaw.com
          John  W. Damisch    on behalf of Plaintiff Walter  Fuchs jdamisch@aol.com,  lawclerk@damischlaw.com
          John  W. Damisch    on behalf of Plaintiff Jon  DeRaedt jdamisch@aol.com,  lawclerk@damischlaw.com
          John A Lipinsky    on behalf of Creditor    DuPage Credit Union jlipinsky@comanderson.com,
           Haskell@ccmlawyer.com;patel@ccmlawyer.com;farrington@ccmlawyer.com
          Michael A O'Brien    on behalf of Creditor James  Ramenofsky mobrien@obrienlawoffices.com,
           pdunne@obrienlawoffices.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer     tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
           com
                                                                                             TOTAL: 12
```