**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RABIOLA, REGINICE M.    § Case No. 14-20047
    §
    §
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $475,425.00    Assets Exempt: $19,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,656.68    Claims Discharged
    Without Payment: $92,361.23

Total Expenses of Administration: $3,968.49

3) Total gross receipts of $ 10,625.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,625.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $88,560.07 | $88,560.07 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,968.49 | 3,968.49 | 3,968.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 34,893.16 | 34,893.16 | 6,656.68 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 64,124.75 | 64,124.75 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $191,546.47 | $191,546.47 | $10,625.17 |

4) This case was originally filed under Chapter 7 on May 29, 2014. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BMO Harris (checking for d/b/a) | 1129-000 | 10,625.17 |
| **TOTAL GROSS RECEIPTS** | | **$10,625.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | James Ramenofsky | 4110-000 | N/A | 30,491.01 | 30,491.01 | 0.00 |
| 7 | Damisch & Damisch, Ltd. | 4120-000 | N/A | 58,069.06 | 58,069.06 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$88,560.07** | **$88,560.07** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,812.52 | 1,812.52 | 1,812.52 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 2,041.50 | 2,041.50 | 2,041.50 |
| Associated Bank | 2600-000 | N/A | 12.74 | 12.74 | 12.74 |
| Associated Bank | 2600-000 | N/A | 15.27 | 15.27 | 15.27 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | 15.75 | 15.75 | 15.75 |
| ASSOCIATED BANK | 2600-000 | N/A | 15.22 | 15.22 | 15.22 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 15.69 | 15.69 | 15.69 |
| ASSOCIATED BANK | 2600-000 | N/A | 14.15 | 14.15 | 14.15 |
| ASSOCIATED BANK | 2600-000 | N/A | 15.65 | 15.65 | 15.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,968.49 | $3,968.49 | $3,968.49 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | N/A | 28,178.75 | 28,178.75 | 5,375.75 |
| 4P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 6,714.41 | 6,714.41 | 1,280.93 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $34,893.16 | $34,893.16 | $6,656.68 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 3,352.40 | 3,352.40 | 0.00 |
| 3U | Internal Revenue Service | 7100-000 | N/A | 43,351.04 | 43,351.04 | 0.00 |
| 4U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 3,244.14 | 3,244.14 | 0.00 |
| 5 | Sprint | 7100-000 | N/A | 2,029.41 | 2,029.41 | 0.00 |
| 6 | DuPage Credit Union | 7100-000 | N/A | 11,525.17 | 11,525.17 | 0.00 |
| 8 | Synchrony Bank | 7100-000 | N/A | 622.59 | 622.59 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $64,124.75 | $64,124.75 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-20047  
**Case Name:** RABIOLA, REGINICE M.

**Trustee:** (330640)  THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 05/29/14 (f)  
**§341(a) Meeting Date:** 06/30/14  

**Period Ending:** 04/01/16

**Claims Bar Date:** 10/07/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single family residence (1/2) 43 W 319 Burlingto Road Elgin, IL 60123 | 475,000.00 | 5,000.00 | | 0.00 | FA |
| 2  BMO Harris (personal checking) | 0.00 | 0.00 | | 0.00 | FA |
| 3  BMO Harris (checking for d/b/a) garnished on 5/14/14 | 3,825.00 | 10,625.17 | | 10,625.17 | FA |
| 4  Contents of 4 bedroom house (1/2) Contents of 4 bedroom house (1/2) | 175.00 | 0.00 | | 0.00 | FA |
| 5  Clothing for 1 adult Clothing for 1 adult | 250.00 | 0.00 | | 0.00 | FA |
| 6  Copper Rein (d/b/a) Copper Rein (d/b/a) | 0.00 | 0.00 | | 0.00 | FA |
| 6  Assets  Totals (Excluding unknown values) | **$479,250.00** | **$15,625.17** | | **$10,625.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Trustee had offer to purchase Trustee's right. title and interest in Debtor's residence/stables for $5,000. Debtor (and/or non-filing co-debtor spouse) matched offer. Trustee filed Motion to Auction said interest. Hearing on Motion to Approve auction objected to by Debtor and hearing has been continued to February 6, 2015.

**Initial Projected Date Of Final Report (TFR):**     October 15, 2015          **Current Projected Date Of Final Report (TFR):**     September 29, 2015  (Actual)

Printed: 04/01/2016 10:40 AM     V.13.25

Case 14-20047 Doc 113 Filed 04/11/16 Entered 04/11/16 15:00:23 Desc Main
Document Page 6 of 8

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-20047  
**Case Name:** RABIOLA, REGINICE M.  
**Taxpayer ID #:** **-***7890  
**Period Ending:** 04/01/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********70 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/14 | {3} | BMO HARRIS BANK | Turnover of garnished funds | 1129-000 | 10,625.17 | | 10,625.17 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.74 | 10,612.43 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.27 | 10,597.16 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.75 | 10,581.41 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.22 | 10,566.19 |
| 12/23/14 | 3001 | ASSOCIATED BANK | Transfer to new Assoc. Acct. | 9999-000 | | 10,566.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,625.17 | 10,625.17 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,625.17 | 10,625.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,625.17** | **$10,625.17** | |

{} Asset reference(s)

Printed: 04/01/2016 10:40 AM  V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-20047  
**Case Name:** RABIOLA, REGINICE M.  

**Taxpayer ID #:** **-***7890  
**Period Ending:** 04/01/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********67 - CHECKING ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 10,566.19 | | 10,566.19 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,556.19 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.69 | 10,540.50 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.15 | 10,526.35 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 15.65 | 10,510.70 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 10,510.70 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,566.19 | 10,566.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,510.70 | |
| | | | **Subtotal** | | 10,566.19 | 55.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,566.19** | **$55.49** | |

{} Asset reference(s)  
Printed: 04/01/2016 10:40 AM   V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-20047  
**Case Name:** RABIOLA, REGINICE M.  

**Taxpayer ID #:** **-***7890  
**Period Ending:** 04/01/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****948866 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 10,510.70 | | 10,510.70 |
| 11/24/15 | 20101 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,812.52, Trustee Compensation; Reference: | 2100-000 | | 1,812.52 | 8,698.18 |
| 11/24/15 | 20102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $2,041.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,041.50 | 6,656.68 |
| 11/24/15 | 20103 | Internal Revenue Service | Dividend paid 19.07% on $28,178.75; Claim# 3P; Filed: $28,178.75; Reference: | 5800-000 | | 5,375.75 | 1,280.93 |
| 11/24/15 | 20104 | Illinois Department of Revenue Bankruptcy Section | Dividend paid 19.07% on $6,714.41; Claim# 4P; Filed: $6,714.41; Reference: | 5800-000 | | 1,280.93 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,510.70 | 10,510.70 | $0.00 |
| | | | Less: Bank Transfers | | 10,510.70 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,510.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $10,510.70 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********70 | 10,625.17 | 10,625.17 | 0.00 |
| Checking # ********67 | 10,566.19 | 55.49 | 0.00 |
| Checking # ****948866 | 0.00 | 10,510.70 | 0.00 |
| | $21,191.36 | $21,191.36 | $0.00 |

{} Asset reference(s)

Printed: 04/01/2016 10:40 AM  V.13.25